IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KENNETH W. KRIESER,

          Plaintiff,            1:12-cv-695-CL

                                  **TEMPORARY RESTRAINING ORDER**

   v.

THE BANK OF NEW YORK MELLON,
AS TRUSTEE FOR THE CERTIFICATE
HOLDERS CWALT, INC., ALTERNATIVE
LOAN TRUST, 2006-18CB MORTGAGE
PASS-THROUGH TRUST CERTIFICATES,
SERIES 2006-28CB and RECONTRUST
COMPANY, N.A.,

          Defendants.

---

**SIMON, District Judge.**

    Plaintiff seeks an ex parte temporary restraining order to enjoin the foreclosure sale of his house. Plaintiff alleges the house is scheduled for a foreclosure sale on April 30, 2012 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Amongst other arguments, plaintiff alleges defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust deed. ORS 86.735(1); Hooker v. Northwest Trustee

1  - ORDER

Services, Inc., 2011 WL 2119103, *3 (D. Or. May 25) (internal citation omitted; In re McCoy, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)); James v. Recontrust Co., et al, 2012 WL 653871, at *19-20 (D. Or. Feb. 29). Plaintiff alleges MERS is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiff's request for a temporary restraining order (#4). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 243 Northview Drive, Eagle Point, Oregon, from this day until Monday, May 7, 2012, at 5:00 p.m. I will hold a hearing on whether to issue a preliminary injunction at 1:30 p.m. on May 7, 2012, by telephone. The Court will initiate the call.

IT IS SO ORDERED.

DATED this 25th day of April, 2012 at 4 o'clock PM.

Michael H. Simon
United States District Judge

2  - ORDER